UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 06605
   JAMES E BOWER
   MICHELLE S BOWER                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-0772      SSN XXX-XX-0812
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/12/07 .

2. The case was dismissed without confirmation, 07/06/2007.

3. The Debtor paid a total of $    900.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| SVIGOS ASSET MANAGEMENT | SECURED | .00 | .00 | .00 |
| VW CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SPECIAL CLASS | NOT FILED | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| BANK CARD | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| STUART ALLEN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ SERVICING | MORTGAGE ARRE | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $      .00 and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $    900.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 10/09/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE